**UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT
OF PENNSYLVANIA**

In re: BRUCE LEONARD FORSYTH        Chapter    13

Debtor(s)

Case No.    21-10198-MDC

I, Michael R. McFarlin, Esquire, as counsel for the Debtor, hereby certify that a true and correct copy of the Debtor's THIRD AMENDED PLAN was served upon the following parties by electronic notification and/or by Certified First Class U.S. Mail, return receipt, on January 5, 2022, as indicated below:

**Parties served by Electronic Notification:**

All parties who receive electronic notification via the Court's electronic filing system.

**Party served by Certified First Class U.S. Mail, return receipt requested:**

NONE.

Respectfully submitted,

Michael R. McFarlin, Esquire
Attorney for Debtor
PA Attorney I.D. #: 58677
RICK STOCK LAW
933 N. Charlotte Street, Suite 3B
Pottstown, PA 19464
610-850-9036
Fax: 610-850-9035
mmcfarlin@rrslegal.com