United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-10198-mdc

Bruce Leonard Forsythe     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2

Date Rcvd: Feb 03, 2022    Form ID: 155    Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce Leonard Forsythe, 2584 Willow Brook Lane, Pottstown, PA 19464-1016 |
| 14606779 | + | Commonwealth of Pennsylvania, Department of Revenue, c/o Christopher R. Momjian, Esq., 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14578918 | + | Pottstown Hospital/Tower Health, 1600 East High Street, Pottstown, PA 19464-5093 |
| 14649923 | + | U.S. Bank NA, c/o Denise Carlon, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14652256 | + | U.S. Bank NA, as successor trustee, in trust for, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14578915 | + | U.S. Bank National Association, C/O Specialized Loan Servicing, LLC, 8742 Lucent Boulevard, Suite 300, Highland Ranch, CO 80129-2386 |
| 14586006 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14578916 | | Email/Text: ebnnotifications@creditacceptance.com | Feb 04 2022 03:18:00 | Credit Acceptance, 25505 W 12 Mile Road, Southfield, MI 48034 |
| 14578917 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2022 03:22:57 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14590559 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 04 2022 03:22:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14598654 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2022 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14581274 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 04 2022 03:18:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 03, 2022 | Form ID: 155 | Total Noticed: 12 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2022              Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank NA as successor trustee, in trust for registered holders of Bear Stearns Asset Backed Securities Trust 2006-1, Asset-Backed Certificates, Series 2006-1 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing  LLC as Servicing Agent for U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to La kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| MICHAEL RAYBURN MCFARLIN | on behalf of Debtor Bruce Leonard Forsythe mmcfarlin@rrslegal.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Bruce Leonard Forsythe
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−10198−mdc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 3, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

84
Form 155