IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: BRUCE LEONARD FORSYTHE )<br>**Debtor** )<br> ) | CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION )<br>**Moving Party** )<br> ) | Case No.: 21-10198 (MDC) |
| v. )<br> ) | **Hearing Date:  3-22-22 at 10:30 AM** |
| BRUCE LEONARD FORSYTHE )<br>**Respondent** )<br> ) | 11 U.S.C. 362 |
| KENNETH E. WEST )<br>**Trustee** )<br> )<br> )<br> ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Motion For Stay Relief, and filed on or about April 20, 2022 in the above matter is APPROVED.

Dated:  April 21, 2022

BY THE COURT:

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE