L.B.F. 9014-3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**NOTICE OF MOTION, RESPONSE**
**DEADLINE AND HEARNG DATE**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: **BRUCE LEONARD FORSYTH,**    :    CHAPTER 13
             DEBTOR                                      :    CASE NO.: **21-10198-MDC**
                                                                    :    JUDGE Magdeline D. Coleman, Chief Judge

**Hearing 07/21/2022 at 11;00 AM, Courtroom #2**

**AMENDED NOTICE**

The above-named Debtors, through their attorney Michael R. McFarlin, Esquire, have filed a Motion to Modify Plan Post-confirmation with the court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on Of before, July 7, 2022, you or your attorney must file a response to the Motion. (see Instructions on next page)

2. **A hearing on the Motion** is scheduled to be held on July 21, 2022 at 11:00 AM. in Courtroom No. 2, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

3. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

4. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 4082800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

5. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice

### Filing Instructions

6. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

7. If you are not required to file electronically, you must file your response at

    900 Market Street, Suite 400, Philadelphia, PA 19107

    **If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 1 on the previous page of this Notice.**

8. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant at:

    Michael R. McFarlin, Esquire
    RICK STOCK LAW
    933 N. Charlotte Street, Suite 3B
    Pottstown, PA 19464
    610-850-9036
    Fax:610-850-9035
    mmcfarlin@rrslegal.com

Date: 06/24/2022