## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **BRUCE LEONARD FORSYTH,**  : CHAPTER **13**

DEBTOR  : CASE NO.: **21-10198-MDC**

: JUDGE Magdeline D. Coleman, Chief Judge

### ORDER OF COURT

AND NOW, this ___21st___ day of _____July_____ 2022, upon consideration of the Debtor's Motion to Amend his Plan Post-Confirmation, it is hereby ORDERED AND DECREED:

The said Motion is GRANTED; and

The Debtors' FOURTH Amended Plan is accepted for consideration by the U.S. Trustee's Office, interested creditors, and the Court and may be filed with the Court.

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge