United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10198-mdc |
| Bruce Leonard Forsythe | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 22, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bruce Leonard Forsythe, 2584 Willow Brook Lane, Pottstown, PA 19464-1016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank NA as successor trustee, in trust for registered holders of Bear Stearns Asset Backed Securities Trust 2006-1, Asset-Backed Certificates, Series 2006-1 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing LLC as Servicing Agent for U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to La kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| MICHAEL RAYBURN MCFARLIN | on behalf of Debtor Bruce Leonard Forsythe mmcfarlin@rrslegal.com |

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Jul 22, 2022     Form ID: pdf900     Total Noticed: 1

REBECCA ANN SOLARZ
   on behalf of Creditor SELECT PORTFOLIO SERVICING INC. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
   on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **BRUCE LEONARD FORSYTH,**   : CHAPTER 13

DEBTOR   : CASE NO.: **21-10198-MDC**
: JUDGE Magdeline D. Coleman, Chief Judge

### ORDER OF COURT

AND NOW, this ___21st___ day of _____July_____ 2022, upon consideration of the Debtor's Motion to Amend his Plan Post-Confirmation, it is hereby ORDERED AND DECREED:

The said Motion is GRANTED; and

The Debtors' FOURTH Amended Plan is accepted for consideration by the U.S. Trustee's Office, interested creditors, and the Court and may be filed with the Court.

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge