# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                              Chapter 13

                                              Bankruptcy No. 21-10198-MDC

BRUCE  LEONARD FORSYTHE

2584 WILLOW BROOK LANE

POTTSTOWN, PA 19464

      Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BRUCE  LEONARD FORSYTHE

    2584 WILLOW BROOK LANE

    POTTSTOWN, PA 19464

Counsel for debtor(s), by electronic notice only.

    MICHAEL RAYBURN MCFARLIN, ESQ.
    ROLAND RICK STOCK., LLC
    933 N. CHARLOTTE ST  STE 3B
    POTTSTOWN, PA 19464-

Date: 9/27/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee