UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **BRUCE LEONARD FORSYTH,** : CHAPTER 13
DEBTOR : CASE NO.: **21-10198-MDC**
: JUDGE Magdeline D. Coleman, Chief Judge

### CERTIFICATE OF NO RESPONSE AND NO OBJECTION REGARDING DEBTOR'S MOTION TO AMEND HIS PLAN

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion referenced above filed on 12/19/2022, filed with an Amended Notice on N/A and having been served no later than 12/19/2022, has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection, or other responsive pleading to the said Motion appears thereon as of 5:00 PM on the date written below.

It is hereby respectfully requested that the proposed order attached to the motion be entered by the Court.

Dated: 1/12/23

Signature

Michael R. McFarlin, Esquire
Typed Name

933 N. Charlotte Street, Suite 3B
Address

610-850-9036
Telephone Number

58677 / Pennsylvania
Bar I.D. / State of Admission