# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **BRUCE LEONARD FORSYTH,** : CHAPTER 13

DEBTOR : CASE NO.: **21-10198-MDC**
: JUDGE Magdeline D. Coleman, Chief Judge

## ORDER OF COURT

AND NOW, this ___17th___ day of ___January___ 2023, upon consideration of the Debtor's Motion to Amend his Plan Post-Confirmation, it is hereby ORDERED AND DECREED:

The said Motion is GRANTED; and

The Debtor's SIXTH Amended Plan is accepted for consideration by the U.S. Trustee's Office, interested creditors, and the Court and may be filed with the Court.

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge