UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

**IN RE:**                                                                 **CASE NO.: 21-10198**
                                                                                                              **CHAPTER 13**

**Bruce Leonard Forsythe,**
  Debtor.

_____/

### REQUEST FOR SERVICE

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor trustee, in trust for registered holders of Bear Stearns Asset Backed Securities Trust 2006-1, Asset-Backed Certificates, Series 2006-1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                              Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                              Authorized Agent for Secured Creditor
                                              13010 Morris Rd., Suite 450
                                              Alpharetta, GA  30004
                                              Telephone: 470-321-7112

                                              By: /s/Michelle L. McGowan, Esq.
                                                       Michelle L. McGowan, Esq.
                                                       Email: mimcgowan@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 14, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BRUCE LEONARD FORSYTHE
2584 WILLOW BROOK LANE
POTTSTOWN, PA 19464

And via electronic mail to:

ROLAND RICK STOCK, LLC
933 N. CHARLOTTE STREET
SUITE 3B
POTTSTOWN, PA 19464

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Emily Cheng