**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **BRUCE LEONARD FORSYTH** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** (State) |
| Case Number | **21-10198-DJB** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made   12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

### Part 1:  Mortgage Information

**Name of claim holder:** SELECT PORTFOLIO SERVICING INC

**Court claim no. (if known):** 3

**Last 4 digits** of any number you use to identify the debtor's account: 2 5 6 5

**Property Address:** 2584 WILLOW BROOK LANE
Number    Street

POTTSTOWN    PA    19464
City    State    ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 75,382.10 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 75,382.10 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 75,382.10 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West
Signature

Date: 02/11/2026

Trustee: Kenneth E. West

Address: 190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Contact phone: (215) 627-1377    Email: info@ph13trustee.com

Official Form 410C13-N    Trustee's Notice of Disbursements Made    Page 2

| Debtor 1 | BRUCE LEONARD FORSYTH | | Case Number | 21-10198-DJB | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 03/07/2022 | 3007379 | Disbursement To Creditor/Principal | 11,021.08 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 04/12/2022 | 3008787 | Disbursement To Creditor/Principal | 1,629.47 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 05/11/2022 | 3010139 | Disbursement To Creditor/Principal | 955.04 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 06/09/2022 | 3011396 | Disbursement To Creditor/Principal | 1,395.87 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 07/12/2022 | 3012686 | Disbursement To Creditor/Principal | 16.96 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 09/08/2022 | 3015134 | Disbursement To Creditor/Principal | 1,660.09 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 10/11/2022 | 3016322 | Disbursement To Creditor/Principal | 1,605.52 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 11/15/2022 | 3017613 | Disbursement To Creditor/Principal | 1,847.88 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 12/13/2022 | 3018858 | Disbursement To Creditor/Principal | 1,208.43 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 01/10/2023 | 3020080 | Disbursement To Creditor/Principal | 1,209.24 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 02/08/2023 | 3021280 | Disbursement To Creditor/Principal | 1,321.38 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 03/09/2023 | 3022545 | Disbursement To Creditor/Principal | 1,698.91 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 04/12/2023 | 3023792 | Disbursement To Creditor/Principal | 1,357.63 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 05/09/2023 | 3025043 | Disbursement To Creditor/Principal | 1,358.40 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 06/13/2023 | 3026234 | Disbursement To Creditor/Principal | 1,698.91 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 07/13/2023 | 3027361 | Disbursement To Creditor/Principal | 1,357.56 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 08/15/2023 | 3028511 | Disbursement To Creditor/Principal | 1,698.96 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 09/18/2023 | 3029683 | Disbursement To Creditor/Principal | 1,357.50 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 10/10/2023 | 3030679 | Disbursement To Creditor/Principal | 1,351.01 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 11/09/2023 | 3031671 | Disbursement To Creditor/Principal | 1,328.86 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 01/16/2024 | 4001370 | Disbursement To Creditor/Principal | 3,556.28 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 02/12/2024 | 4002284 | Disbursement To Creditor/Principal | 1,394.64 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 03/12/2024 | 4003204 | Disbursement To Creditor/Principal | 1,011.15 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 04/10/2024 | 4004119 | Disbursement To Creditor/Principal | 627.65 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 05/13/2024 | 4005023 | Disbursement To Creditor/Principal | 1,394.64 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 06/14/2024 | 4005954 | Disbursement To Creditor/Principal | 1,778.14 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 07/17/2024 | 4006899 | Disbursement To Creditor/Principal | 627.34 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 08/14/2024 | 4007820 | Disbursement To Creditor/Principal | 985.91 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 09/11/2024 | 4008665 | Disbursement To Creditor/Principal | 1,314.55 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 10/16/2024 | 4009530 | Disbursement To Creditor/Principal | 1,650.49 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 11/13/2024 | 4010446 | Disbursement To Creditor/Principal | 996.86 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 12/11/2024 | 4011276 | Disbursement To Creditor/Principal | 999.01 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 01/15/2025 | 4012122 | Disbursement To Creditor/Principal | 1,661.43 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 02/12/2025 | 4012991 | Disbursement To Creditor/Principal | 1,329.15 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 03/12/2025 | 4013838 | Disbursement To Creditor/Principal | 1,329.15 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 04/15/2025 | 4014695 | Disbursement To Creditor/Principal | 1,661.44 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 05/14/2025 | 4015576 | Disbursement To Creditor/Principal | 1,329.15 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 06/11/2025 | 4016429 | Disbursement To Creditor/Principal | 1,329.15 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 07/16/2025 | 4017249 | Disbursement To Creditor/Principal | 1,329.15 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 08/13/2025 | 4018097 | Disbursement To Creditor/Principal | 1,664.19 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 09/10/2025 | 4018932 | Disbursement To Creditor/Principal | 1,329.15 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 10/15/2025 | 4019783 | Disbursement To Creditor/Principal | 1,661.44 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 11/19/2025 | 4020677 | Disbursement To Creditor/Principal | 1,661.44 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 12/10/2025 | 4021555 | Disbursement To Creditor/Principal | 996.86 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 01/14/2026 | 4022332 | Disbursement To Creditor/Principal | 1,329.16 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Arrears Mortgage | 02/11/2026 | 4023218 | Disbursement To Creditor/Principal | 3,355.88 |

Total for Claim Number 3: 75,382.10

**Total for Part 3 - b (Prepetition Arrears):** 75,382.10