United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-10198-djb

Bruce Leonard Forsythe                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 11, 2026 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

**Recip ID          Recipient Name and Address**
db          + Bruce Leonard Forsythe, 2584 Willow Brook Lane, Pottstown, PA 19464-1016

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank NA as successor trustee, in trust for registered holders of Bear Stearns Asset Backed Securities Trust 2006-1, Asset-Backed Certificates, Series 2006-1 bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor New Hanover Township Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor trustee, in trust for registered holders of Bear Stearns Asset Backe jkatz@raslg.com |

District/off: 0313-2                              User: admin                                            Page 2 of 2

Date Rcvd: Feb 11, 2026                          Form ID: 212                                       Total Noticed: 1

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
                        on behalf of Creditor Specialized Loan Servicing  LLC as Servicing Agent for U.S. Bank National Association, as Trustee,
                        Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to La
                        kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MICHAEL RAYBURN MCFARLIN
                        on behalf of Debtor Bruce Leonard Forsythe mmcfarlin@rrslegal.com

MICHELLE L. MCGOWAN
                        on behalf of Creditor U.S. Bank Trust Company  National Association mimcgowan@raslg.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                        on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
                        mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                Chapter: 13

     Bruce Leonard Forsythe

Debtor(s)                                             Case No: 21−10198−djb

_____

### *ORDER*

AND NOW, February 11, 2026, it appearing that the debtor must file either a certificate regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

And the certificate regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall file

☐ A certificate regarding completion of an instructional course concerning personal financial management, or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.


For The Court

Derek J Baker

Judge, United States Bankruptcy Court