United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 21-10198-djb

Bruce Leonard Forsythe                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: 138OBJ | Total Noticed: 19 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce Leonard Forsythe, 2584 Willow Brook Lane, Pottstown, PA 19464-1016 |
| 14606779 | + | Commonwealth of Pennsylvania, Department of Revenue, c/o Christopher R. Momjian, Esq., 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14668662 | + | Credit Acceptance Corporation, C/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14965071 | + | New Hanover Township Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 14578918 | + | Pottstown Hospital/Tower Health, 1600 East High Street, Pottstown, PA 19464-5093 |
| 14649923 | + | U.S. Bank NA, c/o Denise Carlon, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14652256 | + | U.S. Bank NA, as successor trustee, in trust for, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 20 2026 00:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14578916 | Email/Text: ebnnotifications@creditacceptance.com | Feb 20 2026 00:56:00 | Credit Acceptance, 25505 W 12 Mile Road, Southfield, MI 48034 |
| 14668371 | Email/Text: ebnnotifications@creditacceptance.com | Feb 20 2026 00:56:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| 14578917 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 20 2026 01:02:13 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14590559 | + Email/PDF: ebn_ais@aisinfo.com | Feb 20 2026 01:02:19 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15103572 | + Email/Text: RASEBN@raslg.com | Feb 20 2026 00:56:00 | PNC BANK, NATIONAL ASSOCIATION, c/o ROBERT BRIAN SHEARER, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14598654 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2026 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14581274 | + Email/Text: enotifications@santanderconsumerusa.com | Feb 20 2026 00:57:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14578915 | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 20 2026 00:57:00 | U.S. Bank National Association, C/O Specialized Loan Servicing, LLC, 8742 Lucent Boulevard, Suite 300, Highland Ranch, CO 80129 |
| 14586006 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 20 2026 00:57:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15103510 | + Email/Text: RASEBN@raslg.com | Feb 20 2026 00:56:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

District/off: 0313-2                          User: admin                                          Page 2 of 3

Date Rcvd: Feb 19, 2026                     Form ID: 138OBJ                                Total Noticed: 19

14830829        +   Email/Text: RASEBN@raslg.com

Feb 20 2026 00:56:00   U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank NA  as successor trustee, in trust for registered holders of Bear Stearns Asset Backed Securities Trust 2006-1, Asset-Backed Certificates, Series 2006-1 bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor New Hanover Township Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as successor trustee, in trust for registered holders of Bear Stearns Asset Backe jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing  LLC as Servicing Agent for U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to La kebeck@metzlewis.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MICHAEL RAYBURN MCFARLIN | on behalf of Debtor Bruce Leonard Forsythe mmcfarlin@rrslegal.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust Company  National Association mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank Trust Company  National Association rshearer@raslg.com |

District/off: 0313-2                                    User: admin                                        Page 3 of 3
Date Rcvd: Feb 19, 2026                                 Form ID: 138OBJ                                    Total Noticed: 19

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

                        on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
                        mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 12

*Form 138OBJ* (6/24)−doc 139 − 133

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                      )
   Bruce Leonard Forsythe       )        Case No. 21−10198−djb
                      )
                      )
   Debtor(s).              )        Chapter: 13
                      )
                      )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 19, 2026                           For The Court

                                           Mohung Wong
                                           Clerk of Court