United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 21-10198-djb

Bruce Leonard Forsythe                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

**Recip ID                    Recipient Name and Address**
db                              + Bruce Leonard Forsythe, 2584 Willow Brook Lane, Pottstown, PA 19464-1016

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

**Name                              Email Address**

CHRISTOPHER R. MOMJIAN
                        on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov
                        jhuiet@attorneygeneral.gov

JAMES RANDOLPH WOOD
                        on behalf of Creditor New Hanover Township Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JORDAN MATTHEW KATZ
                        on behalf of Creditor U.S. Bank NA  as successor trustee, in trust for registered holders of Bear Stearns Asset Backed Securities
                        Trust 2006-1, Asset-Backed Certificates, Series 2006-1 jkatz@raslg.com

JORDAN MATTHEW KATZ
                        on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National
                        Association, as successor trustee, in trust for registered holders of Bear Stearns Asset Backe jkatz@raslg.com

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 2 of 2

Date Rcvd: Apr 23, 2026　　　　　　　　　　Form ID: 195　　　　　　　　　　　　　Total Noticed: 1

KERI P EBECK

on behalf of Creditor Specialized Loan Servicing  LLC as Servicing Agent for U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to La kebeck@metzlewis.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MATTHEW K. FISSEL

on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MATTHEW K. FISSEL

on behalf of Creditor U.S. Bank NA  as successor trustee, in trust for registered holders of Bear Stearns Asset Backed Securities Trust 2006-1, Asset-Backed Certificates, Series 2006-1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL RAYBURN MCFARLIN

on behalf of Debtor Bruce Leonard Forsythe mmcfarlin@rrslegal.com

MICHELLE L. MCGOWAN

on behalf of Creditor U.S. Bank Trust Company  National Association mimcgowan@raslg.com

ROBERT BRIAN SHEARER

on behalf of Creditor U.S. Bank Trust Company  National Association rshearer@raslg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**


In re:                                                          : Chapter 13


Bruce Leonard Forsythe                                          : Case No. 21−10198−djb
              Debtor(s)


### *ORDER*
_____


    AND NOW, this day , April 22, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                By The Court

                Derek J Baker
                Judge, United States Bankruptcy Court


Form 195